# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135503

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHAEL ZANGKAS,
      Petitioner-Appellee,

v

BIRMINGHAM PUBLIC SCHOOLS
BOARD OF EDUCATION,
      Respondent-Appellant.

SC: 135503
COA: 277056
State Tenure Com: 06-000003

_____/

On order of the Court, the application for leave to appeal the November 9, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

p0317